United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Kevin Karpel, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-24168-Civ-Scola |
| | ) | |
| Knauf Gips KG, et al., Defendants. | ) | |

### Order Adopting the Magistrate Judge's Report and Recommendations

Because neither party has objected to Magistrate Judge Jonathan Goodman's Report (**ECF No. 145**) and the time to do so has passed, the Court **adopts** the Report in full. A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636.

Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases). Finding no plain error with the report, the Court **adopts it in full**.

Accordingly, the Court **stays** consideration of the Defendants Knauf Gips KG and Knauf New Building System (Tianjin) Co. Ltd.'s (f/k/a Knauf Plasterboard (Tianjin) Co., Ltd.) (collectively, "the Knauf Defendants") motion for attorneys' fees and costs (**ECF No. 116**) pending resolution of the appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's order dismissing this and related cases. (*See* ECF No. 125.)

The clerk is directed to **terminate** the Knauf Defendants' motion while the appeal is pending. (**ECF No. 116**.) Further, the Court orders the parties to file a joint notice with the Court within one week of the exhaustion of all appeals. Thereafter, the Knauf Defendants may renew their motion for attorneys' fees and costs, should they deem it appropriate.

**Done and ordered** in chambers, at Miami, Florida, on September 6, 2023.

_____
Robert N. Scola, Jr.
United States District Judge